Format for Pro Hac Vice Motion (Rev. 1/05)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAOMING ZHANG )
v. ) Civil Action No. 08 - 41
MICHAEL CHERTOFF, et al. )

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Robert M. Foley to represent Daoming Zhang in this matter.

Signed: _/s/ Kevin Grubb_
Kevin Grubb
(Movant's Name and Delaware State Bar Identification Number) Del. Bar # 4409
(Movant's Address) Hogan & Vandenberg, LLC, 4 E.8th St., Ste.302, Wilmington, DE 19801
(Movant's Telephone Number) (302) 225-2734

Attorney for: DAOMING ZHANG

Date: 1/17/08

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____        _____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Dist. of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _/s/ Robert M. Foley_
Robert M. Foley
Date: 01/11/2008

(Applicant's Address)
Marks Holmes Foley & Morales, P.S.
1001 4th Ave., Suite 3801
Seattle, WA 98154
(206) 621-2635