UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| Daoming ZHANG, | ) |
| Plaintiff | ) |
| v. | ) COMPLAINT FOR MANDAMUS |
| | ) UNDER 28 U.S.C. §1361 |
| Michael CHERTOFF, et al | ) |
| | ) NO. A 99 428 654 |
| | ) |
| Defendants. | ) CASE: 1 o8 CV 41 |

NOTICE OF VOLUNTARY DISMISSAL

Daoming Zhang hereby agrees to dismiss without prejudice the Complaint filed in the above referenced matter. It is hereby agreed that this matter be voluntarily dismissed at this time with each side to bear its own fees and costs.

/s/Kevin H. Grubb
Kevin H. Grubb, Esq.
Attorney I.D. No. 4409
4 East 8th Street, Suite 302
Wilmington, DE 19801
Attorney for Plaintiff

COLM F. CONNOLLY
United States Attorney

Seth M. Beausang (I.D. No. 4071)
By: /s/ Seth M. Beausang
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE  19801

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

Daoming ZHANG, )
)
**Plaintiff** )
    v. ) COMPLAINT FOR MANDAMUS
) UNDER 28 U.S.C. §1361
Michael CHERTOFF, et al )
) NO. A 99 428 654
)
**Defendants.**

## ORDER OF DISMISSAL

On this day came to be considered the Notice of Voluntary Dismissal filed by Plaintiff in the above-styled and numbered case. This Court accepts the Notice of Voluntary Dismissal and finds that the case should be dismissed without prejudice. The Court further finds that the parties shall be responsible for their own costs and attorneys' fees incurred herein.

It is therefore ORDERED that this case is hereby DISMISSED WITHOUT PREJUDICE. It is further ORDERED that each party shall be responsible for its own costs and attorneys' fees associated with this litigation.

SIGNED AND ENTERED this _____ day of _____, 2008.

_____
Federal Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| Daoming ZHANG, )<br>)<br>Plaintiff )<br>v. )<br>)<br>Michael CHERTOFF, et al )<br>)<br>)<br>Defendants. ) | COMPLAINT FOR MANDAMUS<br>UNDER 28 U.S.C. §1361<br><br>NO. A 99 428 654 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of February 2008, I caused to be served the Notice of Voluntary Dismissal to the person at the address set forth below, via U.S. mail. This document has also been filed and served electronically and is available for viewing and downloading from the ECF system.

Mr. Seth M. Beausang
Assistant U.S. Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, De  19801

/s/ Kevin H. Grubb
Kevin H. Grubb, Esq
Attorney I.D. No. 4409
4 East 8th Street , Suite 302
Wilmington, DE 19801